UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P.K.,<br><br>                          Plaintiff,<br><br>  -against-<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>                         Defendants. | 23-CV-10992 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 18, 2024, Plaintiff filed her Petition seeking, in part, mandamus and injunctive relief with respect to Plaintiff's asylum application. (*See* ECF 2.) By Order of Reference dated, February 16, 2024, Judge Jennifer H. Rearden referred this case to a Magistrate Judge for general pretrial supervision. (ECF 7.)

It is ORDERED that, **by March 11, 2024**, Plaintiff shall file a memorandum of law in support of her request for affirmative relief. The Government shall, by **April 8, 2024**, file a memorandum of law in opposition to Plaintiff's request. Plaintiff shall, by **April 22, 2024**, file any reply memorandum. The memoranda and other materials shall comply with the Court's individual practices.

DATED:  February 26, 2024
            New York, New York

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge